377 A.2d 178

Commonwealth v. Lord, Appellant.

Submitted October 8, 1976. Kenneth D. Brown, Assistant Public Defender, and Gregory V. Smith, Chief Public Defender, for appellant; Robert F. Banks, First Assistant District Attorney, and Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.